1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRUCE OLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0170 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | ) ) ) | |
| BRUCE OLSON, | ) | Date: February 11, 2008 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Bruce Olson, that the date for status conference in this matter may be continued to February 11, 2008.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by January 7, 2008; that any response or opposition may be filed by February 4, 2008; and that the status conference and hearing on the motions may be set for February 11, 2008.  **The date currently set for status conference is December 3, 2007.  The requested new date is February 11, 2008.**

The reason for this request is to allow additional time for a defense examination of the computer hard drive and the filing of pretrial motions if necessary.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                       McGREGOR W. SCOTT
                                                       United States Attorney

DATED: November 29, 2007         By  /s/ Sherrill A. Carvalho
                                                       SHERRILL A. CARVALHO
                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff

                                                         DANIEL J. BRODERICK
                                                         Federal Defender

DATED: November 29, 2007         By  /s/ Eric V. Kersten
                                                         ERIC V. KERSTEN
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         Bruce Olson

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 29, 2007**              /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE