DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRUCE OLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0170 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  March 17, 2008 |
| BRUCE OLSON, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Bruce Olson, that the date for status conference in this matter may be continued to March 17, 2008, or the soonest dated thereafter that is convenient to the court.  **The date currently set for status conference is February 11, 2008.  The requested new date is March 17, 2008.**

The request is made to allow time to review additional evidence and engage in negotiations in an effort to reach a negotiated settlement of this matter.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: February 7, 2008              By  /s/ Sherrill A. Carvalho
                                                    SHERRILL A. CARVALHO
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender

DATED: February 7, 2008              By  /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Bruce Olson


## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 7, 2008**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

Olson - Stipulation to Continue Status Conference

2