DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRUCE OLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>BRUCE OLSON,<br><br>　　　　　*Defendant.* | No. 1:07-cr-00170 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: April 14, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Bruce Olson, that the date for status conference in this matter may be continued to April 14, 2008, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is March 17, 2008.  The requested new date is April 14, 2008.**

　　　　The parties request this continuance because additional time is needed to attempt to resolve disagreements over the nature and number of images involved in this matter, in an attempt to reach a negotiated settlement.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4                                                                McGREGOR W. SCOTT
                                                                 United States Attorney
5

6  DATED: March 12, 2008                      By   /s/ Sherrill A. Carvalho
                                                                 SHERRILL A. CARVALHO
7                                                                Assistant United States Attorney
                                                                 Attorney for Plaintiff
8

9

10                                                               DANIEL J. BRODERICK
                                                                 Federal Defender
11

12  DATED: March 12, 2008                     By  /s/ Eric V. Kersten
                                                                 ERIC V. KERSTEN
13                                                               Assistant Federal Defender
                                                                 Attorney for Defendant
14                                                               Bruce Olson

15

16

17                                          **O R D E R**

18  **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
19  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
20      IT IS SO ORDERED.
21  **Dated:   March 13, 2008**            /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference

2