```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   BRUCE OLSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00170 OWW |
|         *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | Date: June 9, 2008 |
| BRUCE OLSON, ) | Time: 9:00 a.m. |
|         *Defendant.* ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, Bruce Olson, that the date for status conference in this matter may be continued to June 9, 2008, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is April 14, 2008.  The requested new date is June 9, 2008.**

The continuance is requested to allow time for further defense investigation and additional plea negotiations.  If the matter is not resolved by June 9, 2008, it is anticipated that a trial date will be requested at that time.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: April 9, 2008                  By  /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 9, 2008                  By  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Bruce Olson

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 10, 2008**                **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2