1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  BRUCE OLSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:07-cr-00170 OWW
                                    )
12             *Plaintiff,*         )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE AND ORDER THEREON
13     v.                           )
                                    )   Date:  August 4, 2008
14 BRUCE OLSON,                     )   Time:  9:00 a.m.
                                    )   Judge: Hon. Oliver W. Wanger
15             *Defendant.*         )
   _____)

16

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

20 KERSTEN, Assistant Federal Defender, counsel for Defendant, Bruce Olson, that the date for status

21 conference in this matter may be continued to August 4, 2008, or the soonest date thereafter that is

22 convenient to the court. **The date currently set for status conference is June 9, 2008. The requested**

23 **new date is August 4, 2008.**

24     Defense counsel has described to Mr. Olson the content of the images observed on the computer

25 seized from Olson's residence. Based upon counsel's descriptions, Mr. Olson believes he is not

26 responsible for some of the images on the computer. The defense is making arrangements to view the

27 images again, with Mr. Olson being personally present, to determine exactly which images are in dispute.

28 ///

1  Depending on the results of this review, it may be necessary to have the hard drive examined by an expert.
2  This continuance is requested to allow time for the completion of these tasks.
3      The parties agree that the delay resulting from the continuance shall be excluded as necessary for
4  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5

6                                               McGREGOR W. SCOTT
                                               United States Attorney
7

8  DATED: June 5, 2008                    By   /s/ Sherrill A. Carvalho
                                              SHERRILL A. CARVALHO
9                                                Assistant United States Attorney
                                              Attorney for Plaintiff
10

11

12                                              DANIEL J. BRODERICK
                                             Federal Defender
13

14 DATED: June 5, 2008                    By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
15                                              Assistant Federal Defender
                                             Attorney for Defendant
16                                              Bruce Olson

17

18

19                                 **O R D E R**

20     **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
21 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
22     IT IS SO ORDERED.
23 **Dated:    June 5, 2008**                            /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE
24

25

26

27

28