# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Bruce Olson              **Docket Number:**   1:07CR00170

**Name of Judicial Officer:**   Senior United States District Court Judge Anthony W. Ishii

**Date of Original Sentence:**   6/22/2009

**Original Offense:** 18 U.S.C. 2252 (a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 51 months custody Bureau of Prisons; 120 months of supervised release; $100 special assessment; $5,000.00 fine; mandatory drug testing

**Special Conditions:** 1) Not dissipate assets; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug/alcohol testing; 5) Alcohol restrictions; 6) Mental health treatment; 7) After care co-payment; 8) Search; 9) Computer/internet restrictions; 10) No contact with minors; 11) Computer search; 12) Pornographic restriction; 13) Phone record disclosure; 14) Third party disclosure; and 15) Sex offender registration/treatment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   12/21/2012

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant's resident shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

**Justification:** The supervisee was sentenced on the instant conviction on June 22, 2009, and subsequently released from the Bureau of Prisons on December 21, 2012. By virtue of the supervisee's conviction, he is required to register as a sex offender pursuant to California Penal Code (PC) Section 290. The supervisee is required to report his residence address annually or when he moves to a different residence.

In regards to proposed special condition of pre-approved residence, the Court will be uniform with the condition requiring all sex offenders to inform the probation officer of a residence change. This affords the probation officer the opportunity to inspect the new residence and to ascertain whether the new residence is in accordance with the criteria established for sex offenders.

The proposed modifications have been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release,* which is on file.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**Senior United States Probation Officer**
Telephone: (559) 499-5725

**DATED:** 7/15/2015

Reviewed by,

/s/ Tim D. Mechem

**Tim D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   July 17, 2015

SENIOR  DISTRICT  JUDGE