# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:07-CR-170 AWI** |
| **Plaintiff** | |
| v. | **ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| **BRUCE OLSON,** | |
| **Defendant** | |

On July 31, 2018, Defendant Bruce Olson filed a motion for early termination of supervised release under 18 U.S.C. § 3583. The Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall file a response to Defendant's motion within twenty-one (21) days of service of this order;[1]

2. Defendant may file a reply to the United States' response within fourteen (14) days of service of the United States' response;[2] and

---

[1] 18 U.S.C. § 3583(e) incorporates factors identified in 18 U.S.C. § 3553 to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall address the relevant factors.

[2] If, after the Court reviews the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.

3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 37) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated: __August 1, 2018__  _____
SENIOR DISTRICT JUDGE